# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| DIANNE PEOPLES <br> *Plaintiff* <br> v. <br> GMAC Mortgage, LLC <br> Experian Information Solution, Inc. <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:12CV355 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GMAC Mortgage, LLC
Serve: Corporation Service Company, Registered Agent
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leonard A. Bennett, Robin A. Abbott, Gary L. Abbott, Susan M. Rotkis
Consumer Litigation Asociates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 10 2012

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| DIANNE PEOPLES <br> _Plaintiff_ <br> v. <br> GMAC Mortgage, LLC <br> Experian Information Solution, Inc. <br> _Defendant_ | ) <br> ) <br> ) <br> ) Civil Action No. 3:12CV355 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Experian Information Solutions, Inc.
Serve: David N. Anthony, Registered Agent
1001 Haxall Point
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Leonard A. Bennett, Robin A. Abbott, Gary L. Abbott, Susan M. Rotkis
Consumer Litigation Asociates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 10 2012

_Signature of Clerk or Deputy Clerk_