**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**DIANNE PEOPLES,**

                **Plaintiff**

**v.**                                        **CIVIL NO.  3:12CV355**

**GMAC MORTGAGE, LLC,
And EXPERIAN INFORMATION
SOLUTIONS, INC.,**

                **Defendants**

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

COMES NOW the Plaintiff, **DIANNE PEOPLES**, by counsel, pursuant to F.R.C.P.

41(a)(1), and hereby files this Notice of Voluntary Dismissal as to Defendants, GMAC

MORTGAGE, LLC, and Experian Information Solutions, Inc., as Defendants have not filed or

served an Answer or Motion for Summary Judgment in this action.

                                      **DIANNE PEOPLES**,

                                _____/s/_____
                                Robin A. Abbott, Esq.
                                VSB #46596
                                Attorney for Plaintiff
                                CONSUMER LITIGATION ASSOCIATES, P.C.
                                763 J. Clyde Morris Boulevard, Suite 1-A
                                Newport News, Virginia 23601
                                (757) 930-3660 - Telephone
                                (757) 930-3662 – Facsimile
                                rabbottlaw@msn.com