IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



DIANNE PEOPLES,

                Plaintiff,

v.                                  Civil Action No. 3:12cv355-JAG

GMAC MORTGAGE, LLC, *et al.*,

                Defendants.

## ORDER

THIS MATTER is before the Court on the plaintiff's Notice of Voluntary Dismissal (Dk. No. 3) filed May 15, 2012. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the matter is hereby DISMISSED WITHOUT PREJUDICE. This case shall be closed for administrative purposes.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                                  /s/ _____
                                                  John A. Gibney, Jr.
                                                  United States District Judge

Date: May 16, 2012
Richmond, VA